IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN T. McCULLOUGH                                                                  PLAINTIFF
ADC #131910

v.                        No: 4:21-cv-00989 LPR-PSH

WILLIAM F. STRAUGHN, *et al.*                                                    DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. 9), as well as the objections filed thereto. After a careful and *de novo* review of the Proposed Findings and Recommendation, the objections, and record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. McCullough's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

Dated this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE