IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN T. McCULLOUGH                                                                     PLAINTIFF
ADC #131910

v.                          No: 4:21-cv-00989 LPR-PSH

WILLIAM F. STRAUGHN, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Alvin T. McCullough's Complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dated this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE